1  PATRICIA BEARY (BAR NO. 009368)
   BEARY LAW OFFICES
2  4135 E. BLACK CANYON HWY. STE. 105
   PHOENIX, AZ 85015
3  MAILING: P.O. BOX 10243
   GLENDALE, AZ 85318
4  480-440-0897 Telephone
   602-841-0064 Fax
5  beary@bearylawoffices.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re | CHAPTER 7 |
| THOMAS J. LAKATOS & EDEN N. LAKATOS, | CASE NO. 2:09-bk-22378-CGC |
| Debtors. | DEBTORS' OBJECTION TO MOTION OF WELLS FARGO BANK, N.A. TO LIFT THE AUTOMATIC BANKRUPTCY STAY |
| WELLS FARGO BANK, N.A., | Re: Real Property Located At |
| Movant, | 4139 East Pinto Lane |
| v. | Phoenix, AZ 85050 |
| THOMAS J. LAKATOS & EDEN LAKATOS, Debtors; DALE D. ULRICH, Chapter 7 Trustee, | |
| Respondents. | |

    The Debtors Debtors Thomas J. Lakatos and Eden N. Lakatos (hereinafter "Debtors") object to the granting of relief from the automatic stay requested by the Movant Wells Fargo Bank, N.A. (hereinafter "Wells Fargo") and, as grounds for their objection, respectfully state and allege as follows:

    1. On October 13, 2009, the Debtor Thomas J. Lakatos contacted Wells Fargo to apply for forbearance agreement or a loan modification and was told that negotiations would commence after Debtors' counsel sent a letter approving the request for a loan modification.

    2. On October 28, 2009, in response to the pre-filing relief from stay letter from Tiffany & Bosco, P.A., attorneys for Wells Fargo, Debtors, through their counsel sent an email

to Tiffany & Bosco advising that Debtors were in the process of attempting to obtain a forbearance agreement so they could become current on their loan.

3. On October 30, 2009, Debtors' counsel faxed Wells Fargo a letter indicating that Wells Fargo could communicate with the Debtors directly.

4. On November 3, 2009, Wells Fargo filed the instant motion for relief from stay.

5. On or about November 4, 2009, Debtor Thomas J. Lakatos contacted Wells Fargo and asked why the motion had been filed when he and Wells Fargo were in negotiations. The representative from Wells Fargo told the Debtor that the attorneys would have to negotiate and not the Debtor.

6. Subsequently, the Debtor had numerous telephone conversations with Wells Fargo representatives who asserted that Wells Fargo had no control over the motion for relief from stay and that either Debtors' counsel should negotiate with Tiffany & Bosco or the Debtors should negotiate directly with Tiffany & Bosco.

7. Debtors believe that Wells Fargo is not acting in good faith because its representatives are giving Debtors false and misleading information with respect to the motion for relief from stay and the request for a forbearance agreement.

8. Tiffany & Bosco have attached to the Wells Fargo motion an invoice for attorney's fees and filing fees which does not relate to Debtors' case.

WHEREFORE, the Debtors' request that the relief sought in the motion be denied until Debtors have had the opportunity to be heard and to present evidence.

Dated: November 18, 2009

                                              RESPECTFULLY SUBMITTED,

                                              /s/ Patricia Beary
                                          PATRICIA BEARY
                                          BEARY LAW OFFICES
                                          Debtors' Attorney

A copy of the foregoing mailed on November 18, 2009 to:

Chapter 7 Trustee
Dale D. Ulrich
PMB 615
1928 East Highland Ave. Ste. F104
Phoenix, AZ 85016-4626

Debtors
Thomas and Eden Lakatos
4139 East Pinto Lane
Phoenix, AZ 85050

Attorneys for Wells Fargo Bank, N.A.
Mark S. Bosco; Leonard J. McDonald
Tiffany & Bosco, P.A.
2525 East Camelback Road Ste.300
Phoenix, AZ 85016

  /s/ Paul Aratico, II
    Legal Assistant