# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | THOMAS J & EDEN N. LAKATOS | | |
| **Case Number:** | 2:09-BK-22378-CGC | **Chapter:** | 7 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 08, 2009 02:30 PM   6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | CHARLES G. CASE II | | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | | |
| **Reporter / ECR:** | MARCO GARCIA | | |

## Matter:

MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 4139 EAST PINTO LANE, PHOENIX, AZ 85050 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A.  ON BEHALF OF C/O MARK S. BOSCO WELLS FARGO BANK, N.A.

**R / M #:**   21 / 0

## Appearances:

LEONARD MCDONALD, ATTORNEY FOR WELLS FARGO BANK

## Proceedings:

Mr. McDonald advises debtor no longer opposes stay relief.

COURT:  IT IS ORDERED GRANTING THE MOTION FOR RELIEF FROM AUTOMATIC STAY.