# TIFFANY & BOSCO
### P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-26755/0176125235

**SO ORDERED.**

Dated: December 15, 2009



_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Thomas J. Lakatos and Eden N. Lakatos<br>         Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>         Movant,<br>    vs.<br><br>Thomas J. Lakatos and Eden N. Lakatos, Debtors;<br>Dale D. Ulrich, Trustee.<br><br>         Respondents. | No. 2:09-bk-22378-CGC<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket # 21) |

  This matter having come before the Court for a Preliminary Hearing on December 8, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Patricia Beary, and good cause appearing,

  **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated April 16, 2008, in the office of the Maricopa

County Recorder at wherein Wells Fargo Bank, N.A. is the current beneficiary and Thomas J. Lakatos and Eden N. Lakatos have an interest in, further described as:

LOT 122, OF TATUM HIGHLANDS PARCEL 21, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 411 OF MAPS, PAGE 13.

EXCEPT ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES, HELIUM OR OTHER SUBSTANCES OF A GASEOUS NATURE, GEOTHERMAL RESOURCES, COAL, METALS, MINERALS, FOSSILS, FERTILIZER OF EVERY NAME AND DESCRIPTION ANDEXCEPT ALL MATERIAL WHICH MAY BE ESSENTIAL TO PRODUCTION OF FISSIONABLE MATERIAL AS RESERVED IN ARIZONA REVISED STATUTES 37-231 TO THE STATE OF ARIZONA IN PATENT RECORDED IN 85-268116.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ___ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT